NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**BANNUM, INC.,**
*Appellant,*

v.

**ERIC H. HOLDER, JR., ATTORNEY GENERAL,**
*Appellee.*

---

2012-1430

---

Appeal from the Civilian Board of Contract Appeals in no. 2686, Administrative Judge Richard C. Walters.

---

## ON MOTION

---

## ORDER

Upon consideration of Bannum, Inc. and Eric H. Holder, Jr.'s "Stipulation of Dismissal," which the court treats as a motion to voluntarily dismiss the appeal from case no. 2686 (Civilian Board of Contract Appeals),

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.

(3) All other pending motions are moot.

FOR THE COURT

SEP 1 3 2012
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Joseph A. Camardo, Jr., Esq.
A. Bondurant Eley, Esq.

s26

Issued As A Mandate: SEP 1 3 2012

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

SEP 1 3 2012

JAN HORBALY
CLERK